# District of Columbia
# Court of Appeals

No. 13-AA-0700

DISTRICT OF COLUMBIA TAXICAB COMMISSION,

Petitioner,

v.                                                                        TAXI-00004-13

SHARANJIT SINGH,

Respondent.

**BEFORE:** **McLeese and Thompson, Associate Judges; and Pryor, Senior Judge.**

## O R D E R

On consideration of the motion filed by the District of Columbia Office of Administrative Hearings requesting that this court publish this its memorandum opinion and judgment, no opposition having been filed, and it further appearing that the mandate issued on March 4, 2015, it is

ORDERED that the Clerk shall recall the mandate issued on March 4, 2015. It is

FURTHER ORDERED that the motion to publish the memorandum opinion and judgment is granted, and the Clerk issue the attached opinion forthwith.

PER CURIAM

Copies to:

Richard C. Welch, Esq.
1920 L Street, NW – Suite 400
Washington, DC 20036

Rachel Lukens, Esq.
Supervisory Attorney-Advisor
Office of Administrative Hearings

Jamarle Thomas
Paralegal Specialist
Office of Administrative Hearings

Todd S. Kim, Esq.
Solicitor General – DC